01cr287

4000 Maurice Drive
Thousand Oaks Ca 91320
Oct 8, 2004

U.S. District Court, Rm 400
915 Lafayette Blvd
Bridgeport Ct 06604

3:01CR287 (AHN)
46

Dear Sirs:

I would appreciate the return of my passport. My number: 3:01-CR 287 AHN. Thank you.

Yours truly,
Steven W. Lutzker, MD

St W/A, MD

phone 805-498-3622

11/02/04. The Clerk is directed to return the passport. So Ordered.

Alan H. Nevas, Senior U.S.D.J.

RECEIVED

FILED 2004 OCT 12 P 1:33

2004 NOV -2 P 4:03