# UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT
OFFICE OF THE CLERK
UNITED STATES COURTHOUSE
915 LAFAYETTE BOULEVARD
BRIDGEPORT, CT 06604

KEVIN F. ROWE
CLERK

TEL. NO. 579-5861
(AREA CODE 203)

VICTORIA C. MINOR
CHIEF DEPUTY CLERK

CHRYS CODY
DEPUTY-IN-CHARGE
BRIDGEPORT

November 4, 2004

Steven W. Lutzker
4000 Maurice Drive
Thousand Oaks, CA 91320

Re:    3:01cr287(AHN) USA v. Steven W. Lutzker

Dear Mr. Lutzker:

Per Court Order, we are returning your passport in the above referenced case.

Please acknowledge by signing the enclosed copy of this letter and return in the postage-paid envelope.

Very truly yours,

KEVIN F. ROWE, CLERK

By _____
        Deputy Clerk

Enclosure